Submitted on record and briefs April 3, reversed and remanded for reconsideration May 24, reconsideration denied September 1, petition for review pending 1989

In the Matter of the Compensation of
the Beneficiaries of
Leon V. Liacos, Dec'd, Claimant.
LIACOS,
*Petitioner,*

*v.*

· SAIF CORPORATION,
*Respondent.*

(TP-87030; CA A48158)

773 P2d 1363

Michael D. Royce and Royce, Swanson & Thomas, Portland, filed the brief for petitioner.

Dave Frohnmayer, Attorney General, Virginia L. Linder, Solicitor General, and Darrell E. Bewley, Assistant Attorney General, Salem, filed the brief for respondent.

Before Richardson, Presiding Judge, and Newman and Deits, Judges.

PER CURIAM

## PER CURIAM

Petitioner, the surviving spouse of a deceased worker, seeks review of the Workers' Compensation Board's amended third party distribution order. The underlying third party action was for the wrongful death of the worker, and the beneficiaries of that action include persons who are not beneficiaries for purposes of the Workers' Compensation Law. Petitioner argues that the Board erred by including the part of the settlement allocable to those persons in the third party distribution computation. After the Board issued its order, we decided *Scarino v. SAIF,* 91 Or App 350, 755 P2d 139, *rev den* 306 Or 660 (1988), which supports petitioner's argument. The Board must reconsider the order in the light of *Scarino.*

Reversed and remanded for reconsideration.